**FILED**
**FEB 6 2006**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Reinaldo Hernandez

Teaneck, New Jersey 07666

January 31, 2006

U.S. Clerk's Office
844 King Street
Lock Box 18
Wilmington, Delaware 19801

Attn: Keith Kincaid

**REDACTED**

CR 94-60-MMS

Re: Request for early termination of my supervised release

Dear Mr. Kencaid:

    I was sentenced by the Honorable Justice Murray M. Schwartz (who has since retired) on May 5, 1995, docket number 94CR60-001, for conspiracy to distribute and possession with intent to distribute cocaine to one hundred and twenty (120) months on each count to run concurrently with five (5) years of supervised release to follow upon my release from prison. There were no special conditions imposed.

    I was released from the custody from Federal Bureau of Prisons (Fort Dix FCI, Fort Dix, New Jersey, on May 16, 2003. I was immediately placed in the custody of INS in Newark, New Jersey. I remained in the custody of INS until October 7, 2003. Since my release, I have resided with my wife Lazara Hernandez, at the above-mentioned residence. Several months after my release, I was employed at an auto body repair shop transporting car for repair, but due to my declining health, several months later, I had to look for another job.

    Thereafter, I was employed as a warehouse manager, at a wholesale restaurant distributor company (an ex-employer of mine). While employed there, I had bypass heart surgery, and while I was in recovery, the company sold and went out of business in June of 2005. I was placed on disability and collected until my doctor advised me that I was able to return to work. Upon my recovery from the surgery (six months later) I continue to look for employment, but due to my age, health, language barrier and criminal record, it was difficult to find employment. However, I continue to look for work, and on or about January 20, 2005, and with the help of a family friend, I was able secured employment as a doorman in an apartment complex near my home in Teaneck, NJ. I work six days a week from 8:30 am to 4:30 p.m. I have reestablished my credit history and was able to purchase a

Page -2-
Re: Reinaldo Hernandez

car. I am very happy with my new life, current job and happy that I am able to provide for myself and my wife.

Further, I will have completed five (5) years of supervised release in April 17, 2008. I have complied with all the standard conditions and I have submitted (negative) urine and monthly report forms in a timely manner to my probation officer (Maureen Leon). I have reported to the probation office as directed and have followed all instructions without any problems.

I know I have made some bad decisions in my life and in doing so; I have hurt lots of people, including my family. I have learned a great deal about life over the last few years and my outlook in life is very different. I have also learned how valuable and precious time really is. I lost many years of my life and years with my family, due to my past mistakes, and I have learned a valuable lesson from this horrible experience.

Lastly, I write this letter with the permission and consent of my probation officer, Maureen Leon. I am respectfully requesting early termination of my supervised release.

Please forward this letter to the new Judge assigned to this matter for review and consideration.

Thank you in advance for your time and consideration in this matter.

Respectfully,

REINALDO HERNANDEZ

CC:   Maureen Leon
      Probation Officer
      U.S. Probation office
      200 Federal Plaza, Room 130
      Paterson, New Jersey 07509
      (973)357-4086