Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Delaware

UNITED STATES OF AMERICA

V.                                              Crim. No. 1:94CR000060-001

Reinaldo Hernandez

     On May 16, 2003 the above named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Reinaldo Hernandez be discharged from Supervised Release.

Respectfully submitted,

_____
John G. Selvaggi,
Supervising U.S. Probation Officer

### ORDER OF THE COURT

     Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __24th__ day of __February__, 2006.

_____
The Honorable Sue L. Robinson
Chief U.S. District Judge